**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE GOODRITZ | : | |
|     Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 17-2652 |
| | | |
| 618 MARKET L.P. and | | |
| LAZ PARKING MID-ATLANTIC | : | |
|     Defendants. | | |

## ORDER

AND NOW, this 10th day of December, 2018, upon notification that the issues between Plaintiff and Defendants have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against Defendants are DISMISSED with prejudice pursuant to agreement of counsel.

BY THE COURT:

/s/ C. Darnell Jones, II       J.